Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
PRISCILLA BANKS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PRISCILLA BANKS, | ) | **Case No.: CV-10-07973** |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| NORTHSTAR LOCATION SERVICES, LLC, | ) | |
| Defendant. | ) | |

    NOW COMES the Plaintiff, PRISCILLA BANKS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

    Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                 Respectfully Submitted,

1  DATED: January 6, 2011           KROHN & MOSS, LTD.

                                    By: /s/ Nicholas J. Bontrager
                                        Nicholas J. Bontrager
                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on January 6, 2011, I served Gary J. Lorch, opposing counsel of record, with a copy of this document by way of email at glorch@gordonrees.com.

                    By:    /s/ Nicholas J. Bontrager
                           Nicholas J. Bontrager, Esq.