UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Priscilla Banks, | ) | 2:10-cv-07973-JHN -SSx |
| | ) | |
| Plaintiff(s), | ) | ORDER ACKNOWLEDGING |
| | ) | NOTICE OF SETTLEMENT |
| v. | ) | |
| | ) | |
| Northstar Location Services, LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

The Court has been advised with the NOTICE of Settlement filed on January 6, 2011 [6] that this action has been settled. It is not necessary for the action to remain on the calendar of the Court. Any pending court dates/deadlines are hereby VACATED.

IT IS ORDERED that the Court retains complete jurisdiction for 60 days for the filing of a dismissal or to vacate this order and to reopen the action upon a good faith showing that the settlement has not been completed and further litigation is necessary.

Dated: January 7, 2011

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE