Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
PRISCILLA BANKS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| PRISCILLA BANKS, | ) Case No.: 2:10-cv-07973-JHN -SS |
| Plaintiff, | ) |
| v. | ) **VOLUNTARY DISMISSAL** |
| NORTHSTAR LOCATION SERVICES, LLC, | ) |
| Defendant. | ) |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, PRISCILLA BANKS, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 21, 2011                                KROHN & MOSS, LTD.


                                                        By:/s/ Nicholas J. Bontrager

                                                         Nicholas J. Bontrager
                                                         Attorney for Plaintiff,
                                                         PRISCILLA BANKS

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 21, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on February 21, 2011, I served Gary J. Lorch, opposing counsel of record, with a copy of this document by way of email at GLorch@gordonrees.com.

/s/ Nicholas J. Bontrager

Nicholas J. Bontrager, Esq.

Attorney for Plaintiff